UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-32 JMR/FLN

| | | |
|---|---|---|
| LESLIE M. JOHNSTON,<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE RODNEY E. SLATER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter came before the Court on the motion for extension of time by the Defendant, and no hearing thereon being necessary, it is hereby

ORDERED that the time within which the Defendant has to respond to the complaint is extended to and including May 19, 2000.

Dated: April 20, 2000

FRANKLIN L. NOEL
Chief United States Magistrate Judge

APR 21 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK