UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-32 JMR/FLN

| | | |
|---|---|---|
| LESLIE M JOHNSTON,<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE RODNEY E. SLATER,<br><br>Defendant. | ) | **STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE** |

The parties, by counsel, hereby stipulate and agree that the pretrial schedule filed August 3, 2000, should be amended as follows:

1. b. All discovery shall be commenced in time to be completed by August 1, 2001.

Dated: 8/14/00

B. TODD JONES
United States Attorney

Friedrich A. P. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant United States Attorney
Attorney ID #142013
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

FILED 8/31/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 8/16/00

THOMAS H. BOYD, #200517
PHILIP R. MAHOWALD, #274902
Attorneys for Plaintiff
WINTHROP & WEINSTINE, P.A.
3200 Minnesota World Trade Ctr.
30 East Seventh Street
St. Paul, MN 55101
(651) 290-8427

**IT IS SO ORDERED.**

Dated: 8/30/00

FRANKLIN L. NOEL
Chief United States Magistrate Judge