UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-32 JMR/FLN

| | |
|---|---|
| LESLIE M. JOHNSTON,<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE NORMAN Y. MINETA, SECRETARY, UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | ORDER OF DISMISSAL WITHOUT PREJUDICE |

Pursuant to the Stipulation of Compromise Settlement and the Stipulation of Dismissal Without Prejudice filed in this action and incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action shall be and it hereby is dismissed without prejudice, each party to bear its own attorney's fees, costs, disbursements, and expenses.

Dated: September 13, 2001

JAMES R. ROSENBAUM
Chief Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
SEP 14 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS